

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-18-00026-CR

| | | |
|---|---|---|
| Michael Raymond Riojas, Jr. aka Michael R. Riojas, Jr. | § | From the 372nd District Court |
| | § | of Tarrant County (1492292D) |
| v. | § | July 26, 2018 |
| | § | Opinion by Justice Meier |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment.

The judgment adjudicating guilt is modified (1) to delete the $995.95 fine and (2) to delete $65 of the $545 that Michael Raymond Riojas, Jr. aka Michael R. Riojas, Jr. owes in reparations, thereby reflecting that Michael Raymond Riojas, Jr. aka Michael R. Riojas, Jr. owes reparations in the amount of $480. The Order to Withdraw Funds attached to the judgment adjudicating guilt is modified to reflect that Michael Raymond Riojas, Jr. aka Michael R. Riojas, Jr. owes the amount of $308. It is ordered that the judgment of the trial court adjudicating guilt is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
        Justice Bill Meier